# Exhibit D

22089

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| In re BAYCOL PRODUCTS LITIGATION | : | MDL No. 1432 |
| | : | (MJD) |
| This Document Relates to | : | |
| | : | |
| ALLIE MAE HOGAN, ET AL. v. BAYER CORPORATION, ET AL. | : | Case No. 02-cv-0451 |



**DEPOSITION OF ALLIE MAE HOGAN**
**APRIL 5, 2006**

Reported by:
Shyloa Myers, RPR, CSR

ORIGINAL

Karen Tyler Reporting
3000 Fairfield Avenue, Suite A
Shreveport, Louisiana 71104-2930
(318) 424-1707 • Fax (318) 424-1744

ALLIE MAE HOGAN, having been first duly sworn, testified as follows:

(Deposition commenced at 9:08 a.m.)

EXAMINATION

BY MR. ROTOLO:

MR. ROTOLO: First, let me make my appearance for the record. My name is Peter Rotolo, from Chaffe McCall in New Orleans representing Bayer Corporation.

MS. FINN: I'm just going to make my appearance. My name is Shera Finn from Adams and Reese, representing SmithKline Beecham Corporation, doing business as GlaxoSmithKline or GlaxoSmithKline, PLC or GlaxoSmithKline.

Q. (Mr. Rotolo continuing) Good morning.

A. Good morning.

Q. Could you state your name for the record, please.

A. Allie Mae Hogan.

Q. Ms. Hogan, as I indicated, my name is Peter Rotolo; and I'm going to be taking your deposition today. And I represent Bayer Corporation in the lawsuit that you have brought against Bayer as a result of your taking Baycol.

Have you ever given a deposition before?

A. No, I haven't.

Is there any -- after having looked at this, is there any information that you need to add to make it more correct or more accurate?

A. No.

Q. Let me just ask you just a couple things on this for now.

It indicates that you worked at Tyson Foods from 1993 to 1995. Is that about right?

A. I think so.

Q. Given those dates, I would assume that you are not claiming that the injuries or damages you allegedly suffered as a result of Baycol caused you to lose any sort of income or lost wages; is that right?

A. I don't understand the question.

Q. Taking Baycol didn't cause you to lose any wages or income?

A. No.

Q. Okay. Now, I just need to confirm: On the supplemental fact sheet you checked no, that you were not claiming any mental, emotional, psychiatric or psychological injuries from taking Baycol.

Is that still the case? You're not claiming that Baycol caused you any of those mental injuries?

A. I don't understand the question.
Q. This asked whether you were making any claim for any kind of mental, emotional, psychological --
A. No.
Q. I just wanted to confirm today that was still the case, where we don't have to cover all those questions. We don't.
When you stopped taking Baycol, did you have any of the drug left?
A. Yes, I did.
Q. What did you do with that?
A. I gave it to my lawyer.
Q. Do you remember how much you had left?
A. Yeah. I had over a half a bottle.
Q. Let me ask you what, if any, medications you've taken today?
A. I didn't understand that.
Q. Have you taken any medicine today?
A. Yes, I have.
Q. Can you tell me what you've taken today.
A. I took some Glucophage and a Plavix.
Q. Now, the Glucophage, that's for your diabetes?
A. I think so.

When you were taking Baycol, you didn't have to pay for your medical treatment at LSU, but you had to buy your --

A. My medicine.

Q. -- your medicine when you had it filled at the pharmacy?

A. Right.

Q. As far as you know, Valentine's Pharmacy is where you had your Baycol filled?

A. That's where I had it filled at.

And I used to use a druggist too, Wal-Mart's druggist. I don't know for sure if I had it filled there or not.

Q. So it's possible you had your prescriptions filled at Wal-Mart?

A. At both of them, yeah.

Q. Is that Wal-Mart in Mansfield?

A. In Mansfield.

Q. I just want to confirm -- because this is the only time I get to ask you -- that the only injury, symptom, or side effect that you're alleging that Baycol caused was the pain in your left leg from your knee down to your ankle to your foot and your staggering; is that correct?

A. And staggering.

Q. Is that correct?
A. And stroke.
Q. You're claiming that Baycol caused the stroke?
A. Yes, I am.
Q. Okay. Well, then, we have a whole new line of questions to go through.
Did any doctor ever tell you that the stroke was caused by Baycol?
A. No.
Q. Did any doctor ever tell you that the pain in your left leg was caused by Baycol?
A. No.
Q. Did any doctor ever tell you the staggering was caused by Baycol?
A. No.
Q. Did any doctor ever tell you that any condition, side effect, or symptom was caused by Baycol?
A. No.
Q. Has anyone ever told you that your injuries that you allege here were caused by Baycol?
A. No.
Q. Why do you think your stroke was caused by Baycol?

Q. And you left before seeing the doctor about it.
A. Yeah.
Q. Do you remember that?
A. Yeah, I remember.
Q. And that was after you had gone to see Dr. Taylor, who had done the x-ray and told you you may have a slight fracture?
A. Yeah.
Q. So let me go through it again: Other than the pain in your leg from your knee down to your foot, your staggering and your stroke, do you claim any other injury, symptom, or side effect from taking Baycol?
A. Not that I know.
Q. So it's fair to say that we've talked about every injury, symptom, or side effect today that you claim was caused by Baycol?
A. Right, as far as I know.
MR. ROTOLO: Do you want to ask your questions while I look through my notes?
MS. JOHNSON: Sure.

EXAMINATION

BY MS. FINN:
Q. Hi, Ms. Hogan. I'm Shera Finn from Adams

# Exhibit E

**IN RE: BAYCOL LITIGATION**
**MDL No. 1431**

**PLAINTIFF'S FACT SHEET**

Each Plaintiff who used Baycol must complete this Fact Sheet. In completing this Fact Sheet, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can. You may and should consult with your attorney if you have any questions regarding the completion of this form.

If you are completing the form for someone who has died or who cannot complete the Fact Sheet him/herself, please answer as completely as you can for that person. You may attach as many sheets of paper as necessary to answer these questions.

## I. Case Information

A. Please state the following for the civil action that you filed:

1. Case caption: Allie Hogan v. Bayer Corp, et al
2. Civil Action No: 5:01 CV 2647
3. Court in which action was originally filed: First Judicial District Ct. Caddo Pa.
4. Name, address, telephone number, fax number and e-mail address of principal attorney representing you:

Robert E. Piper, Jr.
Name
Piper & Associates
Firm
624 Pierre Ave
Street Address
Shreveport, LA 71101
City, State and Zip Code
(318) 226-0826 (318) 424-9020
Telephone Number Fax Number
piper@mnsi.com
E-mail address

B. If you are completing this Fact Sheet in a representative capacity (on behalf of the estate of a deceased person or a minor), please state:

1. Your name: __________
2. Address: __________

3. In what capacity are you representing the person?________________

4. If a court appointed you to act on behalf of the estate of the deceased person or minor, state the court and date of appointment:________________

5. Your relationship to deceased or represented person:________________

6. If you represent a decedent's estate, state the date of decedent's death:________________

**The remainder of this Fact Sheet requests information about the person who used the Baycol. If you are completing this Fact Sheet for someone else, please assume that "you" means the person who used Baycol.**

II. **Personal Information**

A. Name: Allie Mae Hogan

B. Have you ever used any other names and, if so, when: Allie Mae Bates, Allie Mae Walker

C. Current Address: 321 Pinehill Circle Mansfield, LA 71052

D. How long have you been living at this address? 32 yrs

E. List any prior addresses during the last ten (10) years and the dates when you lived at those addresses. If you cannot recall all of the details regarding those addresses, please provide as much information as you can.________________

F. Social Security Number: 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

G. Date and place of birth: 11/21/43 Lawson, LA

H. Sex: Male____ Female ✓

I. Marital Status: MARRIED

J. If applicable, name of current spouse and date of marriage: Cleorthur Hogan 6/30/67



AMH000002amh

K. If applicable, name of former spouse(s) and date(s) of marriage within the last ten (10) years:__________

L. Name(s) of children and date(s) of birth, if applicable: (1) Andre Bates - 1/1/62; (2) David Bates - 3/13/63; (3) Sharon Hogan - 6/22/68; (4) Shanice Hogan - 1/13/70; Clearthur Hogan, Jr - 3/11/73; Mekisha Hogan - 3/1/77

M. Current employer:

Name:__________
Address:__________
Job Duties:__________
Job Title:__________
Dates Employed:__________
Full-time or Part-time:__________
Name of Supervisor:__________

Are you making a claim for lost wages or lost earning capacity? _____ Yes _____ No

N. Please complete the following information regarding any employers (other than your current employer) that you have had in the last ten (10) years:

1. Name: Tyson Foods Inc
Address: Center, TX 75935
Job Duties: Cut chickens
Job Title: Processor
Dates Employed: 9-13-93 - 95
Full-time or Part-time: yes
Reason for Leaving: Personal reasons
Name of Supervisor: Harry Wilcox

2. Name:__________
Address:__________
Job Duties:__________
Job Title:__________
Dates Employed:__________
Full-time or Part-time:__________
Reason for Leaving:__________
Name of Supervisor:__________

O. Please provide the following information about your education:

1. High School

Name: DeSoto High School

Address: Mansfield, LA

Grade completed: 11

Year graduated:

2. Did you attend school beyond high school? _____ Yes ✓ No

If "yes," please complete the following for each school that you attended after high school:

| Name of School | Address | Dates of Attendance | Degree Awarded | Major or primary field |
|---|---|---|---|---|
| | | | | |
| | | | | |

P. Have you used a computer at any time during the past five (5) years?
✓ Yes _____ No

If "yes," please complete the following:

1. Did you have e-mail? _____ Yes ✓ No

2. Did you have internet access? _____ Yes ✓ No

3. Have you ever visited any website containing information regarding Baycol, statins or the treatment of high cholesterol or high triglycerides?

_____ Yes ✓ No _____ I don't know

4. Have you ever visited any chat rooms where Baycol, statins, or the treatment of high cholesterol or high triglycerides was discussed?

_____ Yes ✓ No _____ I don't know

5. Have you ever communicated via e-mail or chat room about Baycol, statins or the treatment of high cholesterol or high triglycerides?

_____ Yes ✓ No _____ I don't know

Q. Has any insurance or other company provided medical coverage to you or paid medical bills on your behalf in the ten (10) years before you took Baycol through the present?

____ Yes ✓ No

If "yes, please complete the following:

| Name of Company | Address |
|---|---|
| | |
| | |
| | |

R. Have you applied for worker's compensation, social security, or state or federal disability benefits in the past ten (10) years?

____ Yes ✓ No

If "yes," please complete the following for each application. If you cannot recall all of the details regarding such application(s), please provide as much information as you can.

1. Date (or year) of application:____
2. Type of benefits:____
3. Amount awarded:____
4. Basis of your claim:____
5. If denied, reason for denial:____
6. To what agency or company you submitted your application (*e.g.*, Pennsylvania Division of Social Security):____

S. Were you ever rejected or discharged from military service for any reason relating to your health or physical condition?

____ Yes ✓ No

If "yes," then state the reason for the health-related rejection or discharge and when this happened.

____

____

T. Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to any bodily injury, illness or physical harm?

____ Yes ✓ No

If "yes," please state the court in which the lawsuit was brought and the civil action or docket number assigned to each such claim, action, or lawsuit. If you cannot recall all of the details, please provide as much information as you can.

______________________________

______________________________

## III. Your Health Care Providers

A. Please provide the following information for each doctor, clinic or healthcare provider that you have seen or who has treated you during the last ten (10) years. If you cannot recall all of the details regarding the healthcare providers that you have seen, please provide as much information as you can.

1. Name: Dr Taylor (Donald)
   Specialty, if any: ______
   Address: 130 Jefferson St. Mansfield, LA 71052
   Phone: (318) 872-2702
   Reason(s) for visit(s): Headaches
   ______________________________
   Medications prescribed or recommended: ______________________________
   ______________________________

2. Name: LSU Medical Center
   Specialty, if any: ______
   Address: 1501 Kings Hwy Shreveport, LA 71103
   Phone: (318) 675-5000
   Reason(s) for visit(s): High blood pressure, diabetes, cholesterol
   Medications prescribed or recommended: Baycol, glucontrol, lipitor, hydrochlorothiazide, acertodine, bayer aspirin, aplavitz

3. Name: ______________________________
   Specialty, if any: ______________________________
   Address: ______________________________
   Phone: ______________________________
   Reason(s) for visit(s): ______________________________
   ______________________________
   Medications prescribed or recommended: ______________________________
   ______________________________

4. Name: ______________________________
   Specialty, if any: ______________________________
   Address: ______________________________
   Phone: ______________________________
   Reason(s) for visit(s): ______________________________
   ______________________________
   Medications prescribed or recommended: ______________________________
   ______________________________

5. Name:______________________________
Specialty, if any:______________________________
Address:______________________________
Phone:______________________________
Reason(s) for visit(s):______________________________
______________________________
Medications prescribed or recommended:______________________________
______________________________

6. Name:______________________________
Specialty, if any:______________________________
Address:______________________________
Phone:______________________________
Reason(s) for visit(s):______________________________
______________________________
Medications prescribed or recommended:______________________________
______________________________

7. Name:______________________________
Specialty, if any:______________________________
Address:______________________________
Phone:______________________________
Reason(s) for visit(s):______________________________
______________________________
Medications prescribed or recommended:______________________________
______________________________

**[ATTACH ADDITIONAL PAGES, IF NECESSARY]**

**IV. Your Medical Background**

A. Height: 5'2"

B. Current Weight: 215

C. Your Smoking History

1. Never smoked cigarettes __________

2. Past smoker of cigarettes ✓
Date on which smoking ceased 5/01
Amount smoked: 1 packs per ~~day~~ Week for 2 years

3. Current smoker of cigarettes__________
Amount smoked: _____ packs per day for _____ years



AMH000007amh

4. Have you ever used any other form of tobacco (snuff, dipping, cigars)?

✓ Yes ______ No ______ I don't know

If "yes," please identify:

a. What form: Chewing tobacco
b. Dates of use: 1967 - 2002
c. Amount of use: 2-3 chews when fishing/once or twice a month

D. Alcohol Consumption

On average, how much alcohol do you drink?

✓ None
______ 1-5 drinks per week
______ 6-10 drinks per week
______ 10 or more drinks per week

E. Please provide the following information for each hospitalization that you have had during the last ten (10) years. If you cannot remember all of the details, please list as much information as you can.

1. Name of hospital: LSU Medical Center
Address: 1501 Kings Hwy Shreveport, LA 71103
Phone: (318) 675-5000
Reason(s) for hospitalization(s): Stroke

2. Name of hospital:
Address:
Phone:
Reason(s) for hospitalization(s):

3. Name of hospital:
Address:
Phone:
Reason(s) for hospitalization(s):

**[ATTACH ADDITIONAL PAGES, IF NECESSARY]**

F. Please complete the following information for each surgery that you had in the last ten (10) years. If you cannot remember all of the details, please list as much information as you can.

1. Name of operation:__________
   Name of surgeon:__________
   Address of surgeon:__________
   Reason for surgery:__________

2. Name of operation:__________
   Name of surgeon:__________
   Address of surgeon:__________
   Reason for surgery:__________

3. Name of operation:__________
   Name of surgeon:__________
   Address of surgeon:__________
   Reason for surgery:__________

**[ATTACH ADDITIONAL PAGES, IF NECESSARY]**

G. If you have ever consulted a doctor, clinic or other healthcare provider concerning any kidney condition, illness or disease including kidney failure, polynephritis, nephrosclerosis, kidney stones, proteinuria or hematuria (blood in the urine), please complete the following. If you cannot remember all of the details, please list as much information as you can.

Name of doctor or facility:__________
Address:__________
Date:__________
Diagnosis:__________
Treatment:__________
Medications:__________
Did condition resolve?__________
Current status of condition:__________

H. If you have ever consulted a doctor, clinic or other healthcare provider concerning any liver condition, illness or disease including but not limited to hepatitis, cirrhosis or fatty liver, please complete the following. If you cannot remember all of the details, please list as much information as you can.

Name of doctor or facility:__________
Address:__________
Date:__________
Diagnosis:__________
Treatment:__________
Medications:__________
Did condition resolve?__________

Current status of condition:______________________________

I. If you have ever consulted a doctor, clinic or other healthcare provider about any musculoskeletal condition or disease including muscle pain or weakness, extreme fatigue, myopathy, polymyositis, fibromyalgia, arthritis, tendonitis, or other muscle related concerns or problems, please complete the following. If you cannot remember all of the details, please list as much information as you can.

Name of doctor or facility:______________________________
Address:______________________________
Date:______________________________
Diagnosis:______________________________
Treatment:______________________________
Medications:______________________________
Did condition resolve?______________________________
Current status of condition:______________________________

J. Have you had any of the following tests or procedures in the past ten (10) years?

| **Test/ Procedure** | **Yes** | **No** | **I don't know** |
|---|---|---|---|
| Creatine kinase (CK)/ Creatine phosphokinase (CPK) | | ✓ | |
| EMG/Nerve conduction Studies | | ✓ | |
| Cystoscopy | | ✓ | |
| Liver biopsy | | ✓ | |
| Other diagnostic test(s) or imaging of the kidneys, liver or muscles | | ✓ | |

If "yes," please complete the following. If you cannot remember all of the details, please list as much information as you can.

a. Type of test:______________________________
b. Date administered:______________________________
c. Reason for test:______________________________
d. Facility name and address:______________________________
e. Ordering doctor:______________________________
f. Results/diagnosis:______________________________
g. Treatment:______________________________

**[ATTACH ADDITIONAL PAGES, IF NECESSARY]**

K. Have you been tested for any of the following in the last ten (10) years:

| **Condition** | **Yes** | **No** | **I don't know** |
|---|---|---|---|
| Diabetes | ✓ | | |
| Atherosclerosis | | ✓ | |



AMH000010amh

a. Condition and date of diagnosis: high cholesterol - 1999
Name of diagnosing doctor: ______
Treatment: Baycol

b. Condition and date of diagnosis: High blood pressure - 1999
Diagnosing doctor: ______
Treatment: [illegible]

c. Condition and date of diagnosis: [illegible] diabetes - 1997
Diagnosing doctor: ______
Treatment: [illegible]

V. **Baycol**

A. Have you ever taken Baycol? ✓ Yes ____ No

If "yes," then complete the following:

| Dates of use | Dosage | Prescribed by (name and address) | Dispensing pharmacy (name and address) |
|---|---|---|---|
| 6/99 - 8/01 | | | Mansfield Drugs |
| | | | |
| | | | |

B. Were you given any **written** instructions, warnings or other information regarding your use of Baycol?

____ Yes ____ No ✓ I don't know

1. If "yes," when did you receive the information? ______

2. Who gave you the information? ______

3. If you no longer have the written information in your possession, please describe the written information that you received to the best of your ability. ______

C. Were you ever given any **oral** instructions, warnings or other information regarding your use of Baycol?

____ Yes ✓ No ____ I don't know

1. If "yes," when did you receive them? ______

2. Who gave them to you?______________________________

3. Please describe the oral instructions you received to the best of your ability.______

D. Please list any prescription or over-the-counter drug, any dietary supplement, vitamin, or herbal remedy that you were taking at the same time you were taking Baycol.

| Name of Drug | Date(s) Taken | Prescribing Doctor | Name and Address of Pharmacy Where Obtained |
|---|---|---|---|
| Bayer Aspirin | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## VI. Physical Injuries, Illness and Damages

A. If you are making a claim for physical injuries or illness from taking Baycol, please describe the following:

1. Nature of physical injuries or illness: Muscle pain, + muscle aches, + staggering

2. The date that you first became aware of the physical injuries or illness: 1999

3. How you first became aware of the physical injuries or illness: ~~constan~~ acute pains couldn't grip things

4. Whether those injuries or illnesses are continuing: still have muscle pains

Did you see a doctor, clinic or other healthcare provider for the physical injuries or illness listed above?

✓ Yes ____ No _____ I don't know

If "yes," please complete the following for each healthcare provider:

a. Name: LSU Medical Provider

b. Address:____________________________

c. Date of first consultation with that healthcare provider: 1999

d. Date of last consultation: 3/27/02

e. Do you plan to continue to consult with that healthcare provider? ✓ Yes ___ No

B. Have you had any discussions with any doctor or other healthcare provider about whether Baycol contributed to your physical injuries or illness?

___ Yes ✓ No

If "yes," provide the doctor's or healthcare provider's name and address, and the date of that discussion. ___

C. If you are making claims for out-of-pocket expenses as a result of taking Baycol, please complete the following:

1. For what: Pills

2. Amount of fees or expenses: ___

3. Person or company paid or to be paid: ___

D. If you are making a claim for emotional distress or psychological injuries, please complete the Supplemental Fact Sheet for Claims of Emotional Distress and Psychological Injuries and Harm.

E. Are there persons (other than those already identified in this Fact Sheet) whom you believe are witnesses to your claimed injuries or damages? If yes, please provide their name(s) and address(es):

1. Gloria Youngblood Mansfield, LA
2. Cleather Hogan - same as Mrs Hogan
3. ___
4. ___
5. ___

## VII. Other Medications

Have you taken any of the following medications during the past ten (10) years? If you cannot recall all of the details requested, please provide as much information as you can.

| Drug | Yes | No | I don't know | If yes, date(s) taken and prescribing doctor | Name and address of pharmacy where obtained |
|---|---|---|---|---|---|
| **CHOLESTEROL-LOWERING DRUGS** | | | | | |
| Lescol [Fluvastatin] | | ✓ | | | |
| Lipitor [Atorvastatin] | ✓ | | | 2001 LSU Doctor | LSU Pharmacy Social Service |
| Mevacor [Lovastatin] | | ✓ | | | |
| Pravachol [Pravastatin] | | ✓ | | | |
| Zocor [Simvastatin] | | ✓ | | | |
| Niacin [Vitamin B3] | | ✓ | | | |
| LoCholest [Cholestyramine] | | ✓ | | | |
| Questran [Cholestyramine] | | ✓ | | | |
| Prevalite [Cholestyramine] | | ✓ | | | |
| **TRIGLYCERIDE-LOWERING DRUGS** | | | | | |
| Lopid [Gemfibrozil] | | ✓ | | | |
| Tricor [Femofibrate] | | ✓ | | | |
| Bezafibrate | | ✓ | | | |
| Ciprofibrate | | ✓ | | | |
| **ANTI-INFECTIVE DRUGS** | | | | | |
| Diflucan [Fluconazole] | | ✓ | | | |
| Erythrocin & Others [Erythromycin] | | ✓ | | | |
| Flagyl [Metronidazole] | | ✓ | | | |
| Nizoral [Ketoconazole] | | ✓ | | | |
| Sporanox [Itraconazole] | | ✓ | | | |
| **IMMUNO-SUPPRESSIVE DRUGS** | | | | | |
| Neoral [Cyclosporine] | | ✓ | | | |
| Sandimmune [Cyclosporine] | | ✓ | | | |
| **OTHER** | | | | | |
| Anticoagulants | | ✓ | | | |
| Heart Drugs | | ✓ | | | |
| Thyroid Medications | | ✓ | | | |
| Other | | ✓ | | | |

## VIII. Family History

A. To the best of your knowledge have any of your children, parents, grandparents or siblings had diabetes, any type of kidney or liver disease, or any type of muscle disorder?

_____ Yes ✓ No _______ I don't know

B. If "yes," please complete the following:

Relative's name:______________________________
Relationship to you:______________________________
Type of health problem:______________________________
Date and cause of death, if applicable:______________________________

Relative's name:______________________________
Relationship to you:______________________________
Type of health problem:______________________________
Date and cause of death, if applicable:______________________________

Relative's name:______________________________
Relationship to you:______________________________
Type of health problem:______________________________
Date and cause of death, if applicable:______________________________

Relative's name:______________________________
Relationship to you:______________________________
Type of health problem:______________________________
Date and cause of death, if applicable:______________________________

## IX. Documents

Please provide a copy of all of your documents and things which fall into the categories listed below. This includes documents and things in your personal possession, as well as items being held for you by another person, including your lawyer or any relative.

1. A copy of all medical records (excluding psychiatric or psychological records) from any physician, hospital, clinic, healthcare provider or pharmacy that treated you, or filled your prescriptions, in the last ten (10) years.

2. If you have been the claimant or subject of any worker's compensation, Social Security or other disability proceeding, all documents relating to such proceeding.

3. All instructions, product warnings, package inserts, advertising materials, pamphlets, magazine or newspaper articles, internet information, promotional materials, any documents or materials from defendants, or pharmacy handouts that you have regarding Baycol.

4. Copies of the entire packaging, including the bottle, box and label for the Baycol you allege caused you injury and any remaining medication.

5. If you are claiming lost wages or a loss of earning capacity, your federal tax returns for each of the last five (5) years.

6. If you claim any loss from medical expenses, copies of all bills for which you are seeking reimbursement from any physician, hospital, pharmacy or other health care provider.

7. Copies of letters testamentary or letters of administration relating to your status as plaintiff.

8. Decedent's death certificate (if applicable).

9. All documents of any kind related to other drugs that you took at the same time you were taking Baycol.

## X. Authorizations

Complete and sign the attached Authorization for Release of Medical Records (No Psychological Injuries Claimed), and attached Authorization for Release of Employment and Unemployment Records (No Psychological Injuries Claimed).

If you have filed a Workers' Compensation or Social Security disability claim, please complete and sign the attached Authorization for Release of Workers' Compensation and Social Security Records.

## XI. Declaration

I declare under penalty of perjury that all of the information provided in this Plaintiff's Fact Sheet is true and correct to the best of my knowledge, information and belief, that I have supplied all the documents requested in Part IX of this Plaintiff's Fact Sheet, as required above.

Further, I acknowledge that I have an obligation to supplement the above responses if I learn that they are in some material respects incomplete or incorrect.

4-10-02
Dated

Allie Hogan
Signature

# Exhibit F

**LOUISIANA STATE UNIVERSITY HEALTH SCIENCES CENTER**
**PO BOX 33932**
**SHREVEPORT, LOUISIANA 71130-3932**

## DISCHARGE SUMMARY

Zacharia

| | | |
|---|---|---|
| **PATIENT: Hogan, Allie Mae** | **ADM: 05/30/2001** | **MR#: 62-187-626** |
| **SERVICE: MED** | **D/C: 05/31/2001** | **NS: 0KE 0KE041** |

ATTENDING PHYSICIAN: Robert Penn, MD
RESIDENT PHYSICIAN: Amer G Rassam, MD, HOII
INTERN PHYSICIAN: Alina Zacharia, MD,HOI

HISTORY: The patient is a 57 y/o black female who was in her usual state of health until about noon on 05/28/01. At that time she had a transient episode of lightheadedness. This resolved but she noted tingling and numbness in the left arm, left hand, and left leg and foot. All this occurred while she was sitting down fishing. She had no weakness, headache, syncope, seizures, palpitations, or shortness of breath. She went home and took her daily medications. When she awoke the next morning the numbness was more pronounced during the day. That night she noted her left foot felt dead so she came to our ER. Since arrival, the tingling in her left arm and hand have improved, however, the numbness has persisted in both lower extremities. There is no history of change in voice or speech or difficulty swallowing. No history of falls, trauma, incontinence, or weakness. She did not lose consciousness.

PAST MEDICAL HISTORY: Hypertension, diabetes, hyperlipidemia, and obesity.

PAST SURGICAL HISTORY: She had tubal ligation more than 20-years ago.

ALLERGIES: No known drug allergies.

HOME MEDICATIONS: Uniretic 15/25 once a day; Atenolol 25 mg once a day; Baycol 0.4 mg once a day; Clonidine 0.3 mg b.i.d.; Aspirin 325 mg once a day; Glucophage 1000 mg b.i.d.

FAMILY HISTORY: Her father has diabetes. Mother has diabetes and myasthenia gravis.

SOCIAL HISTORY: She is married, lives with six healthy children. She quit smoking three weeks ago, used to smoke 20-cigarettes every week for about seven years. No alcohol or IV drug use.

REVIEW OF SYSTEMS: she has had a headache but no blurry vision. No diplopia. No chest pain. No palpitations. No shortness of breath. She has dyspnea on exertion and three-pillow orthopnea. No nausea. No bright-red blood per rectum. No abdominal pain. She has had some vomiting. No polyuria, no dysuria, but has increased frequency. She has myalgia. No rash.

PHYSICAL EXAM ON ADMISSION: She looked no acute distress. Blood pressure 151/94, heart rate 55, respirations 20, temperature 97.2, pulse ox 98% on room air. She had a supple neck with normal JVP, no carotid bruits. She had a small corneal clouding inferiorly. Pupils equal, round, reactive to light. Full

**LOUISIANA STATE UNIVERSITY**
**HEALTH SCIENCES CENTER** - Shreveport, La.

# OUTPATIENT RECORD PCC

ARRIVAL DATE: 1-23-01 TIME: 900

REASON FOR VISIT: fast Dx+, CBC, LFT, BMP, U.A.

PRESENT ILLNESS/INJURY FOC 1-3 EXP 1-3 DET >3 COMP >3 | ALLERGIES: ☐ NONE ☐ PCN ☐ SULFA ☐

Duration, Timing, Location, Severity, Quality, Context, Modifiers, Associated Sx

CC: 57 BF in for f/u; hospitalized 6/01 for light stroke; had HTN meds adjusted + [illegible] taking meds daily s̄ side effects didn't take this AM ∅ hypoglycemia home BP's 120/90's – daughter is RN + takes BP

CURRENT MEDS (RX, OTC, ETC.): ☐ NONE ☐ SEE MEDS LIST
Glucophage 1000mg QD
ASA 325mg QD
Glucotrol XL 10mg
HCTZ 25mg QD
Plavix
Clonidine 0.3mg [illegible]
Norvasc 10mg 1/2 QD
Monopril
Celebrex
Lip. for 20mg 1/2 tab
LMP ___/___/___ ☐ Pregnant

Advance Directive: ☐ Yes ☐ No OCO: | Infection Control Risk: ☐ Cough ☐ Rash ☐ None

PAIN: ☐ YES ☐ NO LOCATION: NO PAIN 0 1 2 3 4 MEDIUM 5 6 7 8 9 SEVERE 10

**REVIEW OF SYSTEMS** (Circle Positive, Slash Negative) Foc 0 Exp. 1 Det 2-9 Comp 9+

**GENERAL** WT LOSS WT GAIN FEVER CHILLS FATIGUE NIGHT SWEATS
**EYES** VISUAL CHANGE BLURRING DIPLOPIA PAIN VISUAL LOSS ITCHING WATERING REDNESS
**SKIN** RASHES PRURITIS COLOR CHANGE LUMPS HYPER/HYPO PIGMENTATION
**HEAD** HA TRAUMA DIZZINESS LIGHT HEADEDNESS VERTIGO — occ
**EARS** DEAFNESS DISCHARGE TINNITUS EAR PAIN
**NOSE** NASAL CONGESTION RHINORRHEA EPISTAXIS
**THROAT & MOUTH** SORE THROAT HOARSENESS DENTAL PROBLEMS BLEEDING GUMS
**NECK** LUMPS SWOLLEN GLANDS PAIN STIFFNESS
**RESPIRATORY** COUGH WHEEZING SOB HEMOPTYSIS PLEURISY
**CARDIOVASCULAR** CP PND DOE PALPITATIONS EDEMA ORTHOPNEA
**ENDOCRINE** HEAT OR COLD INTOLERANCE POLYURIA POLYDIPSIA POLYPHAGIA H/O THYROID PROBS
**GI** NAUSEA VOMITING DIARRHEA CONSTIPATION PAIN BRBPR HEARTBURN MELENA INDIGESTION HEMATEMESIS BOWEL CHANGE
**GU** DYSURIA FREQUENCY URGENCY HESITANCY NOCTURIA D/C HEMATURIA STD INCONTINENCE
**M/S** JOINT MUSCLE PAIN SWELLING STIFFNESS WEAKNESS BACKACHE LEG CRAMPS GOUT ARTHRITIS
**NEURO** WEAKNESS GAIT CHANGE INCOORDINATION PARESTHESIAS TREMOR SZ MEMORY LOSS — pain in [illegible]
**PSYCH** ANXIETY MOOD CHANGES INSOMNIA PSYCHIATRIC CARE SUICIDAL IDEATION HALLUCINATIONS
**HEMA/LYMPH** EASY BRUISING EXCESSIVE BLEEDING H/O ANEMIA LYMPH NODE ENLARGEMENT, SWELLING, OR PAIN
**ALLERGY/IMMUN** DERMATITIS URTICARIA HAY FEVER SNEEZING ITCHING VACCIN. IMMUNIZ. ☐ OTHERWISE, NO POSTIVE ROS

**PAST MEDICAL/SURGICAL HX** ☐ HYSTERECTOMY ☐ APPENDECTOMY ☐ TONSILLECTOMY ☐ OTHER ☐ SEE SUMMARY LIST
**FAMILY HISTORY** MOTHER FATHER SIBLING GRANDPARENT
**S.H. OCCUPATION** ☐ TOBACCO ☐ ETOH ☐ DRUGS
☐ LIVES WITH ☐ MARITAL HX: SINGLE / MARRIED / DIVORCED

**PHYSICAL EXAM** [redacted] 81 R 18 T 97.9 WT 227 DXT 163 OTHER 5'3"

(CIRCLE POSITIVE, SLASH NE[redacted]NGS) FOC ≤ 5 EXP. > 6 DETAILED 12-17 COMP. > 18

**GENERAL** WD WN OBESE THIN B/W M/F NAD SICK
**NECK** MASS TRACHEA MIDLINE SYMMETRIC JVD THYROID ENLARGE NT CAROTID BRUITS NODES
**EYES** CONJUNCTIVA LID LESIONS PERRLA EOMI SYMMETRIC
FUNDI: HEMORRHAGE EXUDATE OPTIC DISCS:
**LUNGS** NL RESP EFFORT DULLNESS CTA BILAT WHEEZES RALES RHONCHI AXILLA NODES — 36
**EARS/NOSE** NL APPEARANCE LESIONS TM CLEAR BILAT NL CANALS HEARING INTACT MUCOSA MOIST SEPTUM MIDLINE
**HEART** THRILLS RRR MGRS — 180/108

Confidential, Subject to Protective Order

LSU000313amh

AXILLA NODES BILAT

ABD FLAT / OBESE BS BRUITS NT MASS HSM
HERNIA
GU/RECTAL SCROTAL MASS NON/CIRCUMCISED NL TESTES
PENILE D/C HEMORRHOIDS NL PROSTATE NT NL SPHINCTER TONE
GUAIAC GROIN NODES

PELVIC EXTERNAL: LESIONS VAGINA: LESIONS D/C
MUCOSAL ATROPHY CYSTOCELE RECTOCELE
URETHRA: MASS BLADDER: NT CERVIX: LESIONS D/C
BLEEDING UTERUS: NL SIZE NT ADNEXA: NT MASS

NEURO CN II - XII INTACT A&O X ____ NL SPEECH
NL DTR BILAT SENSORY INTACT BY TOUCH / PIN NL GAIT
STRENGTH EQUAL BILAT
EXPANDED EXAM:

EXTREMITIES C / C / E DP PULSES BILAT NL TONE
INSTABILITY NL ROM SYMMETRIC CREPITATION NT
SKIN RASHES LESIONS INDURATIONS NODULES

| ✓ | LAB TEST | CTRL # | ✓ | LAB TEST | CTRL # | ✓ | LAB TEST | CTRL # | ✓ | LAB TEST | CTRL # | ✓ | LAB TEST | CTRL # | ✓ | OTHER | CTRL # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | URINALYSIS | | | BASIC PANEL | 1 | | TSH | | | PAP | | | EKG | | | | |
| | URINE CULTURE | | | COMPR PANEL | | | FREE $T_3$ | | | CHEST PA/LAT | | | GLUCOMETER | | | TIME: | |
| | URINE PREG | | | LFT | 3 | | FREE $T_4$ | | | FE | | | | | | | |
| | CBC | 2 | | PT/PTT | | | GC CULTURE | | | TIBC | | | | | | | |
| | H&H | | | LIPID PROFILE | | | WET PREP | | | FERRITIN | | | | | | | |
| | HgAIC | | | ESR | | | CHLAMYDIA | | | $B_{12}$ FOLATE | | | | | | | |
| | HEPATITIS PANEL | | | HCV PROTOCOL | | | | | | | | | | | | | |

ORDERS: ☐ SEE PHYSICIAN ORDER SHEET
☐ HEMOCCULT CARD x 3

**TEACHING PHYSICIAN SUMMARY:** ☐ Dictated
KEY HISTORY FINDINGS
KEY PHYSICAL FINDINGS
KEY DECISION MAKING

**MEDICAL DECISION MAKING / CASE MANAGEMENT / PHYSICIAN INTERPRETATION**
☐ EKG
☐ LAB
☐ WET PREP CLUE CELLS WHIFF TRICH
☐ X-RAY
☐ RAPID STREP TEST ☐ UPT

☐ REVIEWED & DISCUSSED LAB RESULTS W/PT.
☐ PAST MEDICAL RECORDS REVIEWED
☐ OBTAINED OLD MEDICAL RECORDS
☐ SEE FLOW SHEETS
☐

**CLINICAL IMPRESSION**
1. HTN
2. KMQ
3.
4.

**INSTRUCTIONS: Check and/or Circle**
☐ STOP SMOKING ETOH DRUGS
☐ CONTINUE CURRENT MEDS
☐ LOW SALT LOW FAT LOW CHOL HIGH FIBER DIET
☐ EXERCISE
☐ REST
☐ TAKE MEDICATIONS AS DIRECTED
☐ NO DOUCHING
☐ WARM SOAKS/HEATING PAD q 8 HRS. FOR 20 MIN.
☐
☐

**PLAN OF CARE**
☐ SCHEDULE MMG ☐ ANNUAL EXAM ☐ REASONS:
(1) Continue current meds
(2) Keep BP diary & bring on RTC
(3) Celebrex

**CONSULTATIONS**
☐ OPTHALMOLOGY
☐ CASE MANAGER

**AFTERCARE: Circle**
FOLLOW-UP IN
1 2 (3) 4 5 6 7 8 9 10 11 12
DAYS WEEKS (MONTHS) PRN
☐ OR SOONER IF YOU GET WORSE.
☐ NEXT VISIT DO: ☐ FLP ☐ FASTING DXT ☐ BREAST EXAM ☐ PAP
☐ BMP ☐ LFT ☐ HgBAIC ☐ CBC ☒ OTHER: BMP

**PRESCRIPTIONS WRITTEN AND SAMPLES PROVIDED**
10/23/01 C 900

**SIGNATURES:**
Powell
ATTENDING NAME (PRINT)
Deanna L Powell MD
ATTENDING SIGNATURE
[signature]
NURSE'S SIGNATURE
STUDENT/RESIDENT (PRINT)
STUDENT/RESIDENT SIGNATURE
1055 TIME 7/23/01 DATE

**PATIENT SIGNATURE:**
I UNDERSTAND I NEED TO FOLLOW MY DISCHARGE INSTRUCTIONS.
313
[signature]

REV. 5/01

LOUISIANA STATE UNIVERSITY HEALTH SCIENCES CENTER — OUTPATIENT RECORD PCC
WHITE - MEDICAL RECORDS YELLOW - CLINIC



Confidential, Subject to Protective Order LSU000314amh

103105 1072 159/10 64

**LOUISIANA STATE UNIVERSITY**
**HEALTH SCIENCES CENTER** - Shreveport, La.

**REHABILITATION SERVICES DEPT.**
**PLAN OF CARE/PROGRESS REPORT/ CHARGE TICKET**

62187626
HOGAN, ALLIE MAE
[redacted]1943 F

31 OCT 13:52

ADDRESSOGRAPH STAMP

Type of Service: ☒ Initial Evaluation / Plan of Care ☐ Progress Report

| | |
|---|---|
| Date of Service: 10/31/05 | Date of Initial Tx: 10/31/05 |
| Primary ICD-9: Secondary ICD-9: 719.46 | ☐ OCCUPATIONAL THERAPY |
| Referring Physician: | ☒ PHYSICAL THERAPY |
| | Frequency of Service: |

S - Subjective O - Objective A/FS - Assessment/Functional Status STG - Short Term Goals LTG - Long Term Goals P - Plan

| | UNITS | CHARGE CODE |
|---|---|---|
| S: Pt is a bl y/o F c̄ c/o aching in Ⓛ knee down distal LE. Pt states pain wakes her up @ night & is a 10/10 @ worst. States pain has been present x 4-5 mos. Pain ↑s c̄ amb & also c/o "popping" c̄ amb. Pt states Ⓛ knee gives way 2-3x/day causing pt to fall. States "feels like her knee cap is moving." Pt also c/o pain in Ⓡ knee but ∅ as bad as Ⓛ. SHx: Pt lives @ home c̄ husband & children c̄ steps to enter home. DME: Has SC that has been misplaced. PMHx: "Minor stroke" 4-5 yrs. ago which caused pt to fall on Ⓛ leg; HTN; ↑ Chol; DM; arthritis; MEDS: BP meds; Clonidine; Lipitor; Norvasc; Avandia; Glucophage; Monopril; Glucotrol; Plavix; Celebrex. | 1 | 82 |
| | 1 | 86 |
| O: Pt presents to clinic amb Ⓘ s̄ AD. | | |
| STRENGTH: Ⓡ Ⓛ — Knee Ext 5/5 4+/5; Flex 4+/5 4/5; Hip Flex 5/5 5/5. ROM Ⓡ Ⓛ — Knee 130° 133°. (+) obers Ⓛ. (−) Varus/Valgus; (−) Ant drawer/Lachmans | | |
| Rx: Pt education; Ⓑ hamstring / IT band stretches Ⓘ; Supine mat exs - QS, SLRs, SLRs c̄ Ⓑ LE ext rotated; Wall squats. | | |

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

(614)

Physician Signature ______ Date 10/31/05 Therapist Signature [signature] PT

Printed Name ______ Beeper # ______ Printed Name T. Wierick PT Beeper # 3018

LSU000725amh

2 of 2

**LOUISIANA STATE UNIVERSITY**
**HEALTH SCIENCES CENTER** - Shreveport, La.

**REHABILITATION SERVICES DEPT.**
**PLAN OF CARE/PROGRESS REPORT/ CHARGE TICKET**

6218762
HOGAN, Allie Mae
[redacted]/1943

ADDRESSOGRAPH STAMP

Type of Service: ☐ Initial Evaluation / Plan of Care ☐ Progress Report

| | |
|---|---|
| Date of Service: 10/31/05 | Date of Initial Tx: |
| Primary ICD-9:<br>Secondary ICD-9: | ☐ OCCUPATIONAL THERAPY |
| Referring Physician: | ☐ PHYSICAL THERAPY |
| | Frequency of Service: |

S - Subjective O - Objective A/FS - Assessment/Functional Status
STG - Short Term Goals LTG - Long Term Goals P - Plan

QTY. | CHARGE CODE

A: Pt is a 61 y/o F c̄ Ⓛ knee pain. Pts strength in Ⓛ LE slightly decreased vs. Ⓡ. ROM WNL Ⓑ. Pt demonstrates (+) obers for tight IT band on Ⓛ which could contribute to lateral tracking of pts patella. Pt issued HEP for stretch/strengthening exs. Pt could benefit from PT services for the following goals:

① Ⓘ c̄ HEP
② ↓ pain to 7/10
③ ↓ episodes of giving way to 1x/day vs. 2-3x/day

P: Pt to RTC 11/8/05 for exs progression & modalities as needed.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

LSU000726amh

615

Physician Signature ______ Date 10/31/05 Therapist Signature [signature] PT

Printed Name ______ Beeper # ______ Printed Name T. WIERICK PT Beeper # 2018



S/N 7098