**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| In re BAYCOL PRODUCTS LITIGATION | : | MDL No. 1431 (MJD/SRN) |
| This Document Relates to: | : | |
| *Allie Mae Hogan. v. Bayer Corp., et al.* | : | Case No. 02-0451 |

**ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

THIS MATTER having come before the Court on Defendants' Motion for Summary Judgment; the parties having received due notice and having had the opportunity to be heard; and this Court having considered all submissions made:

**IT IS HEREBY ORDERED** that the Defendants' Motion is granted and that this action is dismissed with prejudice.

DATED: AUG 06 2007

Michael J. Davis
Honorable Judge Michael J. Davis
United States District Court

SCANNED
AUG 07 2007
U.S. DISTRICT COURT MPLS